IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD MANUEL ALVARADO,

      Appellant,

v.                                                                    Case No.  5D16-3533

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 20, 2018

Appeal from the Circuit Court
for Orange County,
Alan S. Apte, Judge.

Frank J. Bankowitz, of Law Office of Frank
J. Bankowitz, Orlando, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.  See Holden v. State, 90 So. 3d 902, 903 (Fla. 1st DCA 2012) ("[W]e note that a defendant who has pled no contest may not preserve as an issue the trial court's failure to suppress a confession, absent a stipulation by the State that the issue is dispositive of the case.") (citing Brown v.  State, 376 So. 2d 382, 385 (Fla. 1979))).

PALMER, TORPY and BERGER, JJ., concur.